| | |
|---|---|
| 1 | **MCGUIREWOODS LLP**<br>JOSEPH V. QUATTROCCHI (SBN 257568) |
| 2 | 1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067 |
| 3 | Telephone: 310.315.8200<br>Facsimile: 310.315.8210 |
| 4 | Email: jquattrocchi@mcguirewoods.com |
| 5 | Attorney for Defendants<br>THE BANK OF NEW YORK MELLON and; BANK OF AMERICA, N.A., *as* |
| 6 | *successor by merger to BAC Home Loans Servicing, LP, successor in interest to Countrywide Home Loans Servicing, LP* |
| 7 | |
| 8 | **MANASAN LAW GROUP, PC**<br>ROWEL S. MANASAN (SBN 248724) |
| 9 | 433 W. Arrow Highway<br>Claremont, CA 91711 |
| 10 | Telephone: 888.811.9061<br>Facsimile: 888.959.3252 |
| 11 | Email: rowel@manasanlaw.com |
| 12 | Attorney for Plaintiffs<br>PEDRO BARAHONA and ANDREA BARAHONA |

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PEDRO BARAHONA and ANDREA BARAHONA<br><br>Plaintiffs,<br><br>vs.<br><br>TAMAYO FINANCIAL SERVICES, INC.; BANK OF NEW YORK, as trustee for securitized trust CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12; BANK OF AMERICA, N.A., as successor by merger to BAC Home Loans Servicing, LP, successor in interest to Countrywide Home Loans Servicing, LP, and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, aka "MERS" and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 2:12-cv-08738-FMO-E**<br><br>Removed from Los Angeles County Superior Court Case No. LC098232<br><br>**ORDER TO REMAND**<br><br>Judge: Judge Fernando M. Olguin<br>Courtroom: F<br><br>Date Action Filed: August 28, 2012<br>FAC Filed: November 7, 2012<br>Trial Date: April 14, 2014 |

**ORDER**

1. Plaintiffs' causes of action brought under (1) the Truth in Lending Act ("TILA") and (2) the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. 2601, *et seq*. are dismissed <u>with prejudice</u>.

2. This matter is hereby remanded to The Superior Court for the State of California, County of Los Angeles from where it originated as civil matter LC098232.

3. All future filing deadlines, hearing dates, conferences and trials calendared by this Court in this matter are hereby VACATED.

**IT IS SO ORDERED:**

DATE: February 20, 2013                    /s/

Hon. Fernando M. Olguin
United States District Court Judge
Central District of California

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2013, I electronically filed the foregoing **[PROPOSED] ORDER TO REMAND** with the Clerk of the Court using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

By: */s/ Joseph V. Quattrocchi*